IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a voluntary association, and ELMO McKINNEY,<br><br>Plaintiffs,<br><br>v.<br><br>PEPPER CONSTRUCTION CO. and WORKSTEPS, INC.,<br><br>Defendants. | Case No. 13-cv-1268<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Sidney I. Schenkier |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America and Elmo McKinney and Defendants Pepper Construction Company and Worksteps, Inc., pursuant to the terms of their settlement agreement and Federal Rule Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal of this action, in its entirety, with prejudice. All parties shall bear their own attorney's fees, costs and expenses.

Dated: April 17, 2014

Respectfully submitted by,

| | |
|---|---|
| **CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA AND ELMO MCKINNEY, PLAINTIFFS** | **PEPPER CONSTRUCTION COMPANY, DEFENDANT** |
| /s/ Amy Paluch Epton<br>Signature | /s/ Nina G. Stillman<br>Signature |
| Amy Paluch Epton<br>Terrance Bryan McGann<br>Whitfield McGann & Ketterman | Nina G. Stillman<br>Andrew Scroggins<br>Morgan Lewis Bockius |
| Counsel for the Plaintiffs | Counsel for Defendant Pepper Construction Company |

**WORKSTEPS, INC., DEFENDANT**

/s/ Patrick J. Rocks
Signature

Patrick J. Rocks
Sean C. Herring
Jackson Lewis P.C

Counsel for Defendant WorkSTEPS, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 17, 2014, caused a true and correct copy of the foregoing **Joint Stipulation to Dismiss with Prejudice** to be filed with the Court by electronic filing protocols, and the same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: /s/ Patrick J. Rocks
Patrick J. Rocks
Attorney for Defendant WorkSTEPS, Inc.